IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re the matter of

JOSE H. RODRIGUEZ,

        Debtor.

NO.  19-19315
CHAPTER 13

JUDGE A. BENJAMIN GOLDGAR
Confirmation:  9/20/19 @ 10:00 a.m.

OBJECTION TO CONFIRMATION

Now comes TOYOTA MOTOR CREDIT CORPORATION SERVICER FOR TOYOTA LEASE TRUST, its successors and/or assigns, (hereinafter referred to as "Movant"), a creditor herein, by TERRI M. LONG, its attorney, and objects to the confirmation of this plan.  In support thereof, creditor respectfully represents as follows:

1. On July 10, 2019, the Debtor herein filed a petition for relief pursuant to Title 11, Chapter 13, United States Code.

2. Movant is a creditor of the Debtor with respect to a certain unexpired Lease Agreement dated April 16, 2016, providing for the lease by the Debtor from Movant of a certain 2016 Lexus ES350 motor vehicle.

3.  The plan fails to provide for the assumption or rejection of this lease, nor does it provide for the treatment of this lease.

4.  The plan at Part 6: *Executory Contracts and Unexpired Leases,* Section 6.1 states that only leases or executory contracts listed in Section 6.1 of the plan will be assumed.

5.  Movant is not listed in Section 6.1.

WHEREFORE, TOYOTA MOTOR CREDIT CORPORATION SERVICER FOR TOYOTA LEASE TRUST, its successors and/or assigns, prays that this Honorable Court enter an Order denying confirmation of said plan, and for such other and further relief as this Court may deem just.

TOYOTA MOTOR CREDIT CORPORTION
SERVICER FOR TOYOTA LEASE TRUST,
its Successors and/or Assigns


BY: _____/s/ Terri M. Long_____ _____
TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois  60430
Phone: (708) 922-3301
Fax   : (708) 922-3302
Atty. for TOYOTA MOTOR CREDIT CORPORATION SERVICER FOR TOYOTA LEASE TRUST, its Successors and/or Assigns


CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2019, I electronically filed the foregoing Objection to Confirmation with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

David M. Siegel, Attorney for Debtor
Glenn B. Stearns, Chapter 13 Trustee

And I certify that I have mailed by United States Postal Service the Objection to Confirmation to the following non-ECF participants on the same date:

Jose H. Rodriguez
38010 N. Loyola Avenue
Beach Park, IL 60087
Debtor.