## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 19-19315 |
| Jose H. Rodriguez; | CHAPTER 13 |
| Debtor(s). | JUDGE A. Benjamin Goldgar |

### OBJECTION TO CONFIRMATION OF PLAN FILED JULY 10, 2019

Waterstone Mortgage Corporation, hereinafter referred to as "Creditor", by and through its attorneys, ANSELMO LINDBERG & ASSOCIATES LLC, objects to the confirmation of the Chapter 13 plan for the following reasons:

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and the general orders of the Northern District of Illinois.
2. Venue is fixed in this Court pursuant to 28 U.S.C. § 1409.
3. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(L).
4. The debtor filed a petition for relief under Chapter 13 on July 10, 2019.
5. Waterstone Mortgage Corporation holds a mortgage secured by a lien on debtor's real estate commonly known as 38010 N Loyola Ave, Beach Park, Illinois 60087.
6. The Creditor will be filing a claim for pre-petition arrears estimated to be $2,213.26.
7. The Chapter 13 plan provides that the Debtor will pay Waterstone Mortgage Corporation arrears of $0.00.
8. The Chapter 13 plan provides that the debtor will make post-petition payments in the amount of $1,515.00 directly to the Creditor. However, the correct post-petition payment amount is $1,518.74.
9. The Chapter 13 plan is not feasible as it will not complete within 5 years. Therefore, the plan does not comply with the requirements of 11 U.S.C. §1322(d).
10. The Chapter 13 plan does not provide that the Creditor will be paid its secured claim of $2,213.26. Therefore, the plan does not comply with 11 U.S.C. § 1325(a)(5)(B).

WHEREFORE, Creditor prays for an entry of the attached Order Denying Confirmation of the Chapter 13 plan.

Waterstone Mortgage Corporation
/s/ Theodore Konstantinopoulos

Anselmo Lindberg & Associates
1771 W. Diehl Rd., Ste. 120, Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
bankruptcy@AnselmoLindberg.com
Firm File Number: B19070059
This law firm is deemed to be a debt collector.