# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 19-19315 |
| Jose H. Rodriguez; | CHAPTER 13 |
| Debtor(s). | JUDGE A. Benjamin Goldgar |

## NOTICE OF FILING

PLEASE TAKE NOTICE THAT ON August 27, 2019, an "Objection to Confirmation of Plan Filed July 10, 2019" was filed with the Clerk of the Bankruptcy Court, Northern District, Eastern Division.

      /s/ Theodore Konstantinopoulos
Attorney for Creditor

Anselmo Lindberg & Associates
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
bankruptcy@AnselmoLindberg.com
Firm File Number: B19070059

NOTE: This law firm is deemed to be a debt collector.

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2019 a true and correct copy of the foregoing "OBJECTION TO CONFIRMATION OF PLAN FILED JULY 10, 2019" was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:
    David M Siegel, Debtor's Counsel
    Glenn B Stearns, Trustee
    Patrick S Layng, U.S. Trustee

And by regular US Mail, postage pre-paid on:
    Jose H. Rodriguez, 38010 N. Loyola Avenue, Beach Park, IL 60087

    /s/ Veronica Gerardo
Anselmo Lindberg & Associates LLC
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
bankruptcy@AnselmoLindberg.com
Firm File Number: B19070059