IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | NO. 19-19315 |
| JOSE H. RODRIGUEZ, | CHAPTER 13 |
| Debtor. | JUDGE A. BENJAMIN GOLDGAR |

NOTICE OF MOTION

TO:

Jose H. Rodriguez
38010 N. Loyola Avenue
Beach Park, IL 60087
**BY U.S. MAIL**

David M. Siegel, Attorney for Debtor    **BY ELECTRONIC TRANSMISSION**
Glenn B. Stearns, Chapter 13 Trustee    **BY ELECTRONIC TRANSMISSION**

PLEASE TAKE NOTICE that on November 15, 2019, at 9:30 a.m., or as soon thereafter as Counsel may be heard, we shall appear before the Honorable A. BENJAMIN GOLDGAR, Bankruptcy Judge, at **the Park City Branch Court, 301 S. Greenleaf Avenue, Courtroom B, Park City, Illinois 60085**, and then and there present the attached Motion to Modify the Automatic Stay, a copy of which is hereby served upon you.

PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice with Motion to Modify the Automatic Stay attached, upon the parties listed above, by the methods specified, from 2056 Ridge Road, Homewood, Illinois 60430 before the hour of 5:00 P.M. on the 24th day of October, 2019.

BY:    /s/ Terri M. Long
TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois  60430
Phone: (708) 922-3301
Fax:  : (708) 922-3302
Atty. for TOYOTA MOTOR CREDIT CORPORATION SERVICER FOR TOYOTA LEASE TRUST, its Successors and/or Assigns

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re the matter of

JOSE H. RODRIGUEZ,

    Debtor.

NO.   19-19315
CHAPTER 13

JUDGE A. BENJAMIN GOLDGAR

## MOTION TO MODIFY AUTOMATIC STAY

Now comes TOYOTA MOTOR CREDIT CORPORATION SERVICER FOR TOYOTA LEASE TRUST, its successors and/or assigns (hereinafter referred to as "Movant"), a creditor herein, by TERRI M. LONG, its attorney, and moves this Honorable Court for entry of an Order modifying the restraining provisions of §362 of the Bankruptcy Code, and in support thereof respectfully represents as follows:

1. On July 10, 2019, the Debtor herein filed a petition for relief under Chapter 13of the Bankruptcy Code.

2. Movant is a creditor of the Debtor with respect to a certain unexpired Lease Agreement dated April 16, 2016, providing for the lease by the Debtor from Movant of a certain 2016 Lexus ES350 motor vehicle.

3. The Debtor has not offered, and Movant is not receiving, adequate protection for its ownership interest or depreciating value.

4. The plan at Part 6: *Executory Contracts and Unexpired Leases,* Section 6.1 rejects the lease.

5. Movant is in possession of this vehicle and is in need of an Order from this Honorable Court to allow it to sell this vehicle and mitigate its damages thereby.

6. Movant requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this motion.

WHEREFORE, TOYOTA MOTOR CREDIT CORPORATION SERVICER FOR TOYOTA LEASE TRUST, its successors and/or assigns, prays that this Honorable Court enter an Order modifying the restraining provisions of §362 of the Bankruptcy Code to permit the said TOYOTA MOTOR CREDIT CORPORATION SERVICER FOR TOYOTA LEASE TRUST, its successors and/or assigns, to sell a certain 2016 Lexus ES350 motor vehicle, V.I.N. 58ABK1GGXGU014927, and for such other and further relief as this Court may deem just.

    TOYOTA MOTOR CREDIT CORPORATION SERVICER FOR TOYOTA LEASE TRUST, its Successors and/or Assigns

BY:       /s/ Terri M. Long
        TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois  60430
Phone: (708) 922-3301
Fax   : (708) 922-3302
Atty. for TOYOTA MOTOR CREDIT CORPORATION SERVICER FOR TOYOTA LEASE TRUST, its Successors and/or Assigns