**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS TO MODIFY STAY**

All Cases: Debtor(s)__Jose H. Rodriguez_____   Case No. _19-19315_ Chapter 13

All Cases: Name of Moving Creditor__TOYOTA   MOTOR   CREDIT   CORPORATION SERVICER FOR TOYOTA LEASE TRUST_____Date Case Filed 7/10/19

Nature of Relief Sought:  X Lift Stay     Annul Stay     Other (describe)_____

Chapter 13: Date of Confirmation Hearing_____10/25/19___ or Date Plan Confirmed_____
Chapter 7:   No-Asset Report Filed on _____
             No-Asset Report not Filed, Date of Creditors Meeting_____

1. Collateral
    a.   Home _____
    b.   X Car   Year, Make and Model_ 2016 Lexus ES350____
    c.   Other_____

2. Balance Owed as of Petition Date $26,524.84_____
   Total of all other Liens against Collateral $_____

3. In Chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral  $ Lease_____

5. Default                                                **Debtor rejects the lease.**
    a.   Pre-Petition Default        **Movant is in possession of this vehicle.**
         Number of months _____        Amount $ _____
    b.   Post-Petition Default
         i.   On direct payments to the moving creditor
              Number of months _____      Amount $_____
         ii.  On payments to the Standing Chapter 13 Trustee
              Number of months _____      Amount $ _____

6. Other Allegations
    a.   Lack of Adequate Protection § 362 (d)(1)
         i.    No insurance
         ii.   Taxes unpaid        Amount $ _____
         iii.  Rapidly depreciating asset _____
         iv.   Other _____

    b.   No Equity and not Necessary for an Effective Reorganization § 362 (d)(2)

    c.   Other "Cause" § 362 (d)(1)
         i.    Bad Faith (describe) _____
         ii.   Multiple filings _____
         iii.  Other (describe) _____
    d.   Debtor's Statement of Intention regarding the Collateral
         i.   Reaffirm   ii.  Redeem   iii.  Surrender   iv.  No Statement of Intention Filed

Date: 10/24/19                                    _____/s/ Terri M. Long_____
                                                  Counsel for Movant