UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 19-19315
Jose Rodriguez )
 )  Chapter: 13
 )  Honorable A. Benjamin Goldgar
 )  Lake County
Debtor(s) )

**ORDER ON DEBTOR'S MOTION TO INCUR DEBT**

THIS MATTER coming to be heard on the motion of Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is ORDERED:

1. The Debtor is granted leave to obtain financing for a vehicle in the amount of up to $23,700.00, with financing up to 15% interest, with monthly payments of up to $500.00 per month for a 2017 Nissan Pathfinder or similar vehicle.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: September 18, 2020

**Prepared by:**

Alexander Preber
IARDC#6324520
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100